[Cite as *Wilhelm v. Jerusalem Twp. Zoning*, 2020-Ohio-5282.]

| | |
|---|---|
| KAREN WILHELM | Case No. 2020-00342PQ |
| Requester | Judge Patrick M. McGrath |
| v. | <u>JUDGMENT ENTRY</u> |
| JERUSALEM TOWNSHIP ZONING | |
| Respondent | |

{¶1} On October 1, 2020, a special master issued a report and recommendation (R&R) in this public-records case. The special master recommends (1) denying requester's claim for production of records and (2) assessing costs to requester.

{¶2} Neither party has filed timely written objections to the R&R. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the court determines that there is no error of law or other defect evident on the face of the R&R of October 1, 2020. The court therefore adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. Judgment is rendered in favor of respondent. Court costs are assessed against requester. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK M. MCGRATH
Judge

Filed October 20, 2020
Sent to S.C. Reporter 11/13/20